# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BELVIN ROSS

NO. 2022 KW 0653

**SEPTEMBER 26, 2022**

---

In Re:    Belvin Ross, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 814225.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information or indictment, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the motion to correct an illegal sentence. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT